**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

MOHAMMED A. CHICHIR,

                Plaintiff,

        -against-

EAN HOLDINGS, LLC et al.,

                Defendants.

------------------------------------------x

ORDER

18 Civ. 3901 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 29, 2020 conference is adjourned to August 5, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge