UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MOHAMMED A. CHICHIR,

               Plaintiff,

   -against-

EAN HOLDINGS, LLC et al.,

               Defendants.

------------------------------------- x

ORDER

18 Civ. 3901 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for August 5, 2020 at 9:45 am is canceled.

Dated: New York, New York
      April 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge